# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*DENZIL WILSON*               v.   *KATRINA KANE*

THE HONORABLE JOHN W. SEDWICK               CASE NO. 2:07-cv-02102 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**               Date:  July 22, 2008

      Denzil Wilson filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 at docket 1.  Following briefing by the parties, the magistrate judge filed a report at docket 13 in which she recommended that the petition be denied.  Wilson filed objections at docket 14 which, among other things, included an assertion that he had filed a petition for a writ of certiorari in the United States Supreme Court, which he appeared to contend meant that he could not be removed pending the outcome in the Supreme Court.  Not having seen such an argument raised before, this court file an order at docket 15 which asked for a response to that particular argument.  The court's order also indicated that respondent might choose to respond to other aspects of Wilson's objections should she wish to do so.  A timely response was filed at docket 16.  This court has now reviewed the file, including the objections at docket 14 and the response at docket 16.

      In a matter such as this, the district court reviews the recommended findings of fact from the magistrate judge to which an objection is taken and all of her recommended conclusions of law *de novo*.  This court reviews the recommended findings of fact from the magistrate judge as to which no objection is taken for clear error.  Having applied that standard of review, this court finds that all of the recommendations from the magistrate judge are correct.  In addition, the unusual argument advanced by Wilson based upon his having filed a petition in the Supreme Court lacks merit for the reasons articulated in the response at docket 16.

      For the preceding reasons, this court adopts the report and recommendations at docket 13.  Based thereon, the petition is **DENIED**.  The Clerk will please enter judgment accordingly.